Official Form 210B (12/12)

# United States Bankruptcy Court
Western District of Michigan

In re Mark R. Hull and Judith L. Hull ,   Case No: 10−03208−jdg
                                          Chapter: 13

**NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

Claim No. 5, 10, 12 (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 4/18/13 (date).

| Name & Address of Transferor: | Name & Address of Transferee: |
|---|---|
| Capital One, N.A.<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 | eCAST Settlement Corporation<br>c/o Bass & Associates, P.C.<br>3936 E Ft. Lowell, Suite 200<br>Tucson, AZ 85712 |

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: April 19, 2013

Daniel M. LaVille
Clerk of Bankruptcy Court

/S/_____
K. Botma
Deputy Clerk